IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M. ROBERT ULLMAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-5505 |
| | : | |
| SUPERIOR COURT OF | : | |
| PENNSYLVANIA, et al. | : | |

## ORDER

AND NOW, this 16th day of April, 2014, after careful and independent consideration of the motion of Defendants Williamson Friedberg & Jones and Joseph H. Jones for attorneys' fees, Plaintiff M. Robert Ullman's numerous responses thereto, and the Report and Recommendation of Magistrate Judge Lynne A. Sitarski, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. Defendants' Motion for Attorneys' Fees (Document 26) is GRANTED. Defendants are awarded $23,885.20 in attorneys' fees.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on March 27, 2014, together with a notice advising the parties of their obligation to file any objections within fourteen (14) days after service of the notice. *See* Local R. Civ. P. 72.1. As of today's date, no objections have been filed.